# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE,INC. et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>STIPULATION FOR CONTINUANCE OF THE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 18) |

On December 1, 2017, the parties filed a stipulation to extend time for the defendants to respond to the complaint.  The stipulation continues the mandatory scheduling conference to September 2018.  However, the Court declines to continue the scheduling conference for the proposed amount of time.  The Court shall continue the scheduling conference to May of 2018.  If the parties determine that a further continuance is necessary, they may file a stipulation prior to the May scheduling conference.

Pursuant to the stipulation of the parties and based on the foregoing, IT IS HEREBY ORDERED that

1. Defendants' shall file a response to the complaint on or before January 23, 2018.

2. Any motion filed in response to the EEOC's complaint shall be set in accord with Local Rule 230; and

3. The Mandatory Scheduling Conference is continued to May 31, 2018, at 10:30 a.m.

IT IS SO ORDERED.

Dated: __**December 4, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE