# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE, INC. et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A STAY<br><br>(ECF No. 28)<br><br>FOURTEEN-DAY DEADLINE |

On January 22, 2018, Plaintiff filed a motion to stay this action due to the shutdown of the operations of the federal government and the lapse in appropriations and to extend all deadlines until ten business days after the shutdown is lifted. On this same date, President Trump signed a short term funding bill ending the federal government shutdown. See Lisa Mascaro, Trump Signs Bill to Reopen Government – for Three Weeks – after Bipartisan Deal, L.A. Times, Jan. 22, 2018, http://www.latimes.com/politics/la-na-pol-congress-shutdown-20180122-story.html.

As the reason Plaintiff is seeking the stay of this action no longer exists, the Court shall deny the motion as moot.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a stay of this action is DENIED as moot, and Defendants shall file a responsive pleading within fourteen days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **January 23, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

2