Paul M. Ostroff (CSB No. 67054)
ostroffp@lanepowell.com
Beth Golub Joffe (*Admitted Pro Hac Vice*)
joffeb@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants
(Except Defendant Cypress Point Ventures, LLC)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTIGE CARE, INC., PRESTIGE SENIOR LIVING, LLC, CYPRESS POINT VENTURES, LLC, PRESTIGE SENIOR MANAGEMENT, LLC, CARE CENTER (ANCHORAGE), INC., GREEN VALLEY VENTURES, LLC, LAKE HAVASU TOO, LLC, SIERRA VISTA VENTURES, LLC, CHICO VENTURES, LLC, MANTECA VENTURES, LLC, MARYSVILLE VENTURES, LLC, OROVILLE ASSISTED LIVING, LLC, VISALIA VENTURES, LLC, CARE CENTER (LEWISTON), INC., CALDWELL VENTURES, LLC, PARKWOOD MEADOWS, LLC, KALISPELL VENTURES, LLC, HENDERSON VENTURES II, LLC, CARE CENTER (GLISAN), INC., CARE CENTER (HOOD RIVER), INC., CARE CENTER (LANECO), INC., CARE CENTER (LINDA VISTA), INC., CARE CENTER (MENLO PARK), INC., CARE CENTER (PORTHAVEN), INC., CARE CENTER (WILLOWBROOK), INC., PCI CARE VENTURE I, INC., SUMMERPLACE ASSISTED LIVING, LLC, CARE CENTER (CAMAS), INC., CARE CENTER (CENTRALIA), INC., CARE CENTER (COLVILLE), INC., CARE CENTER (EDMONDS), INC., CARE CENTER (HAZEL | Case No. 1:17-CV-01299-AWI-SAB<br><br>**[PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENTS** |

1

| | |
|---|---|
| 1 | DELL), INC., CARE CENTER (SULLIVAN ) |
| 2 | PARK), INC., CARE CENTER (SUNNYSIDE), ) INC., CARE CENTER (TOPPENISH), INC., ) |
| 3 | GIG HARBOR VENTURES, LLC, LIVING ) COURT VENTURES, LLC, ENUMCLAW ) |
| 4 | VENTURES II, LLC, AND DOES 1-100, ) INCLUSIVE, ) |
| 5 | ) Defendants. ) |

Defendants have requested an Order sealing documents referred to in its Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, which was filed with the Court on February 6, 2018 (*see* ECF Docket No. 32), specifically, **Exhibit A** to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF Docket No. 32-1).

As set forth in the Request to Seal Documents concurrently filed herewith, Exhibit A contains personal identifying information consisting of the full birthdate of Charging Party Mitchell Miller on his charge filed with the Equal Employment Opportunity Commission that Defendants did not redact.[1]

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Local Rule 141, and the Court's inherent authority over the papers filed in this Court, the above-identified document (Doc. No. 32-1) is SEALED.

IT IS SO ORDERED.

Dated:  February 8, 2018   _____
                                                 SENIOR DISTRICT JUDGE

---

[1] The Court notes that a redacted version of Doc. No. 32-1 has been filed as Doc. No. 35-1.

2