# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE, INC. et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>ORDER RE STIPULATION FOR CONTINUANCE OF THE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 43) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for May 31, 2018, is CONTINUED to **September 7, 2018, at 10:30 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __May 7, 2018__

UNITED STATES MAGISTRATE JUDGE