1  Anna Y. Park, SBN 164242
2  Sue J. Noh, SBN 192134
   Rumduol Vuong, SBN 264392
3  Nakkisa Akhavan, SBN 286260
   Jennifer L. Boulton, SBN 259076
4  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
5  255 East Temple Street, Fourth Floor
6  Los Angeles, CA 90012
   Telephone: (213) 894-1083
7  Facsimile: (213) 894-1301
   E Mail: lado.legal@eeoc.gov
8
9  *Attorneys for Plaintiff*
   *U.S. EQUAL EMPLOYMENT*
10 *OPPORTUNITY COMMISSION*
11
   (Additional counsel listed on p. 3)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTIGE CARE, INC., PRESTIGE SENIOR LIVING, LLC, CYPRESS POINT VENTURES, LLC, PRESTIGE SENIOR MANAGEMENT, LLC, CARE CENTER (ANCHORAGE), INC., GREEN VALLEY VENTURES, LLC, LAKE HAVASU TOO, LLC, SIERRA VISTA VENTURES, LLC, CHICO VENTURES, LLC, MANTECA VENTURES, LLC, MARYSVILLE VENTURES, LLC, OROVILLE ASSISTED LIVING, LLC, VISALIA VENTURES, LLC, CARE CENTER (LEWISTON), INC., CALDWELL VENTURES, LLC, PARKWOOD MEADOWS, LLC, KALISPELL VENTURES, LLC, | Case No.: 1:17-cv-01299-AWI-SAB<br><br>**AMENDED JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE, TO CONTINUE PLEADING DEADLINES, MANDATORY SCHEDULING CONFERENCE AND RELATED DATES, AND TO STAY DISCOVERY AND PENDING MOTIONS; [P~~ROPOSED~~] ORDER** |

| | |
|---|---|
| HENDERSON VENTURES II, LLC, CARE CENTER (GLISAN), INC., CARE CENTER (HOOD RIVER), INC., CARE CENTER (LANECO), INC., CARE CENTER (LINDA VISTA), INC., CARE CENTER (MENLO PARK), INC., CARE CENTER (PORTHAVEN), INC., CARE CENTER (WILLOWBROOK), INC., PCI CARE VENTURE I, INC., SUMMERPLACE ASSISTED LIVING, LLC, CARE CENTER (CAMAS), INC., CARE CENTER (CENTRALIA), INC., CARE CENTER (COLVILLE), INC., CARE CENTER (EDMONDS), INC., CARE CENTER (HAZEL DELL), INC., CARE CENTER (SULLIVAN PARK), INC., CARE CENTER (SUNNYSIDE), INC., CARE CENTER (TOPPENISH), INC., GIG HARBOR VENTURES, LLC, LIVING COURT VENTURES, LLC, ENUMCLAW VENTURES II, LLC, AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

*Additional Counsel for the EEOC*:

Nechole M. Garcia, NV SBN 12746
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Suite 5560
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: nechole.garcia@eeoc.gov

Amos Ben Blackman, WA SBN 50331
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 220-6930
Facsimile: (206) 220-6911
E-Mail: amos.blackman@eeoc.gov

*Attorneys for Defendants (except Defendant Cypress Point Ventures, LLC)*:

Paul M. Ostroff (CSB No. 67054)
ostroffp@lanepowell.com
Beth Golub Joffe (*Admitted Pro Hac Vice*)
joffeb@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants[1] (collectively, the "Parties") by and through their counsel of record file this amended stipulation that amends the Parties' Joint Stipulation to Schedule Settlement Conference, to Continue Mandatory Scheduling Conference and Related Dates, and to Stay Pending Motions and Discovery (ECF No. 57) to schedule a settlement conference, to continue the deadlines for Plaintiff to file its Amended Complaint and for Defendants to Answer, Move or otherwise file a Response thereto, to continue all briefing deadlines on pending motions, and to continue the Mandatory Scheduling Conference and stay discovery:

1. The Parties are scheduled to attend a Mandatory Scheduling Conference before Magistrate Judge Boone on September 7, 2018. (Doc No. 44.)

2. On June 27, 2018, Plaintiff filed a motion for partial summary judgment, which is set for hearing on August 13, 2018. (Doc No. 45.)

3. On June 29, 2018, Defendants filed a motion to transfer venue, which is also set for hearing on August 13, 2018. (ECF No. 48.)

4. On July 17, 2018, the Court entered an Order on Defendants' Motion to Dismiss (Doc. No. 31), granting it in part, denying it in part, granting leave for the EEOC to file an amended complaint within fourteen (14) days of service of the Order, and ordering Defendants to file their Answer within twenty-one (21) days of service of the Order if the EEOC did not file an amended complaint or within fourteen (14) days of service of the Amended Complaint if it did. (Doc. No. 55.)

5. Prior to the expenditure of further substantial resources in pleadings, additional motion practice, and discovery, the Parties have agreed that it would be prudent to determine whether resolution is possible and, specifically, would be interested in attending a settlement conference with Magistrate Judge McAuliffe. The Parties have reached out via Magistrate Judge Boone's chambers and have confirmed that Judge McAuliffe and representatives of all Parties are available October 25, 2018 for a full-day settlement conference.

---

[1] For the Court's reference, "Defendants" includes all named defendants **except** Cypress Point Ventures LLC.

6. Given the Parties' interest in pursuing potential resolution, the Parties further believe that a stay of all proceedings would be appropriate, including a stay of the deadlines for the EEOC to file an amended complaint and for Defendants to Answer, Move or otherwise Respond thereto as set forth in the Court's July 17, 2018 Order (Doc. No. 55), to submit opposition and reply briefs in response to the pending motions, and to continue the Mandatory Scheduling Conference.

7. In light of the above, the Parties stipulate as follows:

    a. to attend a settlement conference before Magistrate Judge McAuliffe on Thursday, October 25, 2018 at 9:30 a.m. in Courtroom 8;

    b. to continue the scheduled Mandatory Scheduling Conference to Thursday, December 6, 2018 at 10:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

    c. to a stay of all proceedings, including a stay of the deadlines for the EEOC to file an amended complaint and for Defendants to Answer, Move or otherwise Respond thereto, as recently ordered by the Court, and for the Parties to submit opposition and reply briefs concerning the pending motions for partial summary judgment and transfer of venue;

    d. upon completion of the settlement conference and if the Parties do not file a notice of settlement within five (5) days, the EEOC shall file its Amended Complaint, if any, within fourteen (14) days of the settlement conference; Defendants shall file its Answer, within twenty-one (21) days of the settlement conference if the EEOC does not file an amended complaint, or Answer, Move or otherwise Respond to the Amended Complaint within fourteen (14) days of service of the Amended Complaint

-5-
JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE AND CONTINUE DEADLINES

1         if it does; and the hearing dates of the pending motions shall be reset for

2         November 26 at 1:30 p.m., or such other date as set by the Court in its discretion.

**IT IS SO STIPULATED.**

                                     Respectfully Submitted,

Dated: July 26, 2018                 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                              By:   s/ Nakkisa Akhavan
                                        Nakkisa Akhavan
                                        Trial Attorney

                                        *Counsel for Plaintiff*

Dated: July 26, 2018                 LANE POWELL PC

                              By:   s/ Paul M. Ostroff
                                        Paul M. Ostroff (CSB No. 67054)
                                        Shareholder

                                        *Counsel for Defendants*
                                              (*except Cypress Point Ventures, LLC*)

# **ORDER**

For good cause shown as stated by the Parties' stipulation, the Court orders that:

a. The Parties shall attend a settlement conference before Magistrate Judge McAuliffe on Thursday, October 25, 2018 at 9:30 a.m. in Courtroom 8;

b. The Mandatory Scheduling Conference shall be held on Thursday, December 6, 2018 at 10:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

c. All proceedings, including the deadlines for the EEOC to file an Amended Complaint and for Defendants to Answer as recently ordered by the Court, and for the Parties to submit opposition and reply briefs concerning the pending motions for partial summary judgment and transfer of venue, shall be stayed;

d. Upon completion of the settlement conference and where the Parties do not file a notice of settlement within five (5) days, the EEOC shall file its Amended Complaint, if any, within fourteen (14) days of the settlement conference; Defendants shall file its Answer within twenty-one (21) days of the settlement conference if the EEOC does not file an amended complaint, or Answer, Move or otherwise Respond to the Amended Complaint within fourteen (14) days of service of the Amended Complaint if it does; and the hearing dates of the pending motions shall be reset for November 26, 2018.

IT IS SO ORDERED.

Dated:  July 27, 2018

_____
SENIOR DISTRICT JUDGE