# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE, INC. et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>ORDER CONTINUING STAY IN THIS ACTION TO FEBRUARY 4, 2019 |

On October 25, 2018, the parties to this action participated in a settlement conference before Magistrate Judge Barbara J. McAuliffe. The Court has been informed that although progress was made during the settlement conference, it has been continued to conduct additional investigation. The settlement conference has therefore been continued to January 29, 2019.

In light of the progress made at the October 24, 2018 settlement conference, the parties' desire to investigate some issues raised, the continuance of the settlement conference to January 29, 2019, and in the interest of judicial and party economy, the stay issued on July 27, 2018 (ECF No. 59) shall remain in effect until February 4, 2019.

IT IS SO ORDERED.

Dated: __**October 26, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

1