Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Nakkisa Akhavan, SBN 286260
Jennifer L. Boulton, SBN 259076
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
(*Additional counsel listed on p.3*)

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>PRESTIGE CARE, INC., PRESTIGE SENIOR LIVING, LLC, CYPRESS POINT VENTURES, LLC, PRESTIGE SENIOR MANAGEMENT, LLC, CARE CENTER (ANCHORAGE), INC., GREEN VALLEY VENTURES, LLC, LAKE HAVASU TOO, LLC, SIERRA VISTA VENTURES, LLC, CHICO VENTURES, LLC, MANTECA VENTURES, LLC, MARYSVILLE VENTURES, LLC, OROVILLE ASSISTED LIVING, LLC, VISALIA VENTURES, LLC, CARE CENTER (LEWISTON), INC., CALDWELL VENTURES, LLC, PARKWOOD MEADOWS, LLC, KALISPELL VENTURES, LLC, | Case No.: 1:17-cv-01299-AWI-SAB<br><br>**[~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S MOTION FOR STAY AND EXTENSION** |

| | |
|---|---|
| 1 | HENDERSON VENTURES II, LLC, CARE ) |
| 2 | CENTER (GLISAN), INC., CARE CENTER ) <br> (HOOD RIVER), INC., CARE CENTER ) |
| 3 | (LANECO), INC., CARE CENTER (LINDA ) <br> VISTA), INC., CARE CENTER (MENLO ) |
| 4 | PARK), INC., CARE CENTER ) <br> (PORTHAVEN), INC., CARE CENTER ) |
| 5 | (WILLOWBROOK), INC., PCI CARE ) |
| 6 | VENTURE I, INC., SUMMERPLACE ) <br> ASSISTED LIVING, LLC, CARE CENTER ) |
| 7 | (CAMAS), INC., CARE CENTER ) <br> (CENTRALIA), INC., CARE CENTER ) |
| 8 | (COLVILLE), INC., CARE CENTER ) |
| 9 | (EDMONDS), INC., CARE CENTER ) <br> (HAZEL DELL), INC., CARE CENTER ) |
| 10 | (SULLIVAN PARK), INC., CARE CENTER ) <br> (SUNNYSIDE), INC., CARE CENTER ) |
| 11 | (TOPPENISH), INC., GIG HARBOR ) |
| 12 | VENTURES, LLC, LIVING COURT ) <br> VENTURES, LLC, ENUMCLAW ) |
| 13 | VENTURES II, LLC, AND DOES 1-100, ) |
| 14 | INCLUSIVE, ) <br> ) |
| 15 | Defendants. ) |

Pursuant to the Antideficiency Act (31 U.S.C. § 1341), on December 26, 2018, the EEOC filed a motion to stay this case until the current government shutdown is resolved and the federal government is once again funded. The EEOC represents that Defendant has no objections. The Court will grant the EEOC's motion.

## **ORDER**

**UPON MOTION AND GOOD CAUSE APPEARING,** Due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding. Additionally, upon adequate funding, the EEOC will move the Court to lift the stay as soon as possible.

\ \ \

\ \ \

\ \ \

IT IS SO ORDERED.

Dated: December 26, 2018

_____
SENIOR DISTRICT JUDGE