UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTIGE CARE, INC., et al.,<br><br>Defendants. | Case No.: 1:17-cv-01299-AWI-SAB<br><br>ORDER RE JOINT STIPULATION TO LIFT SHUTDOWN STAY AND TO VACATE DEADLINES IN SCHEDULING ORDER AND STAY ACTION PENDING SETTLEMENT CONFERENCE<br><br>(ECF No. 69) |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that:

1. The stay entered due to a lapse in appropriations for the Equal Employment Opportunity Commission (ECF No. 66) is lifted;

2. A settlement conference is set before United States Magistrate Judge Barbara A. McAuliffe on Thursday, May 2, 2019, at 9:30 a.m. in Courtroom 8;

3. All dates in the July 17, 2018 Scheduling Order (ECF No. 55) are VACATED;

4. This matter is stayed until May 3, 2019, for the parties to engage in settlement negotiations; and

5. Within five (5) days of completion of the settlement conference, the parties shall

-1-

file either a notice of settlement or a joint scheduling report addressing resetting the deadlines vacated by this order.

IT IS SO ORDERED.

Dated: __**February 20, 2019**__

UNITED STATES MAGISTRATE JUDGE