UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE, INC., et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>**ORDER RE STIPULATION TO STAY ACTION PENDING SETTLEMENT CONFERENCE** |

On March 21, 2019, the Court held a telephonic status conference with the parties to reset the continued settlement conference in this action. The settlement conference is now set for July 9, 2019, before the undersigned. Pursuant to the parties' verbal stipulation during the telephone conference, and good cause appearing, the stay in this action is HEREBY CONTINUED to **July 19, 2019**, to allow the parties to engage in settlement negotiations. Within five (5) days of completion of the settlement conference, the parties shall file either a notice of settlement or a joint scheduling report addressing resetting the scheduling deadlines in this action.

IT IS SO ORDERED.

Dated: **March 21, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1