# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE, INC. et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE RUMDUOL VUONG AND NECHOLE GARCIA AS ATTORNEYS FOR PLAINTIFF<br><br>(ECF Nos. 78, 79) |

On September 25, 2019, the United States Equal Employment Opportunity Commission filed notices that attorneys Rumduol Vuong and Nechole Garcia were no longer working for Plaintiff and requested that they no longer receive notices in this matter. Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Rumduol Vuong and Nechole Garcia as counsel for the United States Equal Employment Opportunity Commission.

IT IS SO ORDERED.

Dated: **July 30, 2019**

UNITED STATES MAGISTRATE JUDGE

1