UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CARE, INC., et al.,<br><br>Defendants. | Case No. 1:17-cv-01299-AWI-SAB<br><br>**ORDER RE STATUS CONFERENCE**<br><br>(Doc. No. 84) |

On January 9, 2020, the Court held a telephonic status conference regarding the status of drafting the consent decree and approval of the settlement. Counsel Amos Blackman appeared by telephone on behalf of Plaintiff U.S. Equal Employment Opportunity Commission. Counsel Paul Ostroff appeared by telephone on behalf of Defendants Prestige Care, Inc., et al.

The parties informed the Court that they are continuing to work on drafting and finalizing the consent decree. The parties further represented that they intend to have a face-to-face meeting with counsel and the parties to finalize the language of the consent decree.

As directed at the conference, if the parties are unable to hold the meeting and/or reach a resolution regarding the proposed consent decree, <u>counsel, along with the parties and the person or persons having full authority to negotiate and settle the case</u>, SHALL PERSONALLY APPEAR on **February 25, 2020, at 9:00 AM in Courtroom 8 (BAM) before the undersigned**.

1

At that time, and throughout the day, counsel and the parties SHALL meet and confer to resolve any outstanding issues with respect to the settlement of this action and the proposed consent decree. Counsel and the parties shall be required to stay at the conference until released by the Court. Counsel and the parties are excused from this personal appearance ONLY IF the consent decree is finalized. The failure to appear or otherwise comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **January 9, 2020**              /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE